**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6265**

———————

LUIS RAFAEL FIGUEROA-HERNANDEZ,

                    Petitioner - Appellant,

          v.

TERRY O'BRIEN, Warden,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:10-cv-00027-gec-mfu)

———————

Submitted:  April 29, 2010              Decided:  May 4, 2010

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Luis Rafael Figueroa-Hernandez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Rafael Figueroa-Hernandez, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition, and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Figueroa-Hernandez v. O'Brien, No. 7:10-cv-00027-gec-mfu (W.D. Va. Jan. 21, 2010, Feb. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED